IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-195-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    DAKOTA MACH,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Hearing on the Motion to Withdraw set for June 15, 2010 is **VACATED AND RESET** for **June 16, 2010 at 4:15 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: June 9, 2010