IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-195-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1. DAKOTA MACH,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       Consistent with the Order Granting Second Unopposed Motion for Extension of Time in Which to File Motions and to continue Trial issued on August 26, 2010, the Final Trial Preparation Conference and Motions Hearing set for September 1, 2010 is **VACATED**. The trial date of September 13, 2010 is likewise **VACATED**. New dates and deadlines will be set by separate order.

Dated: August 30, 2010