IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Criminal Action No. **10-cr-00195-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**DAKOTA MACH,**

    Defendant.

## ORDER SETTING TRIAL DATES

Kane, J.

Pursuant to my Order granting Defendant's Motion to Continue (Doc. 34), the trial date in this case was vacated and sixty days were excluded from the speedy trial calculation. The scheduled trial and final trial preparation conference dates are rescheduled as follows:

    Final Trial Preparation Conference, 10:00 a.m. , October 29, 2010

    Trial, 9:00 a.m., November 8-10, 2010

Both the Final Trial Preparation Conference and the Trial will be held in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: September 8, 2010        BY THE COURT:

                                          **/s/John L. Kane**
                                          Senior U.S. District Judge