IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-195-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**1.    DAKOTA MACH,**

          Defendant.

---

## ORDER OF TRANSFER

Kane, J.

Due to a scheduling conflict, I find that I cannot try this case within the time frame currently set. With the consent of Chief Judge Daniel and the concurrence of Judge Christine Arguello, this case is

**TRANSFERRED** to Judge Christine M. Arguello for the Final Trial Preparation Conference/Motions Hearing set for October 29, 2010 at 10:00 a.m., and the 3-day Jury Trial set for November 8, 2010 at 9:00 a.m..

Dated this 26th day of October, 2010.

                                               BY THE COURT:

                                               *s/John L. Kane*
                                               John L. Kane, Senior Judge
                                               United States District Court