**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00195-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

DAKOTA MACH,
 a/k/a Paul Klassen,
 a/k/a Paul Mach,
 a/k/a Dakota Snyder,
 a/k/a Paul Schneider,
 a/k/a Paul Klasses,
 a/k/a Paul Moch,

 Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

 DATED: November __17__, 2010

           BY THE COURT:

           _____
           CHRISTINE M. ARGUELLO
           United States District Judge